Entered: August 3, 2020
Signed:  August 3, 2020

**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:  17−19024 − MMH    Chapter:  11**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Cecil Bancorp, Inc.
*debtor has no known aliases*
P.O. Box 568
Elkton, MD 21922

Social Security No.:

Employer's Tax I.D. No.:  52−1883546

## FINAL DECREE

Petition for Relief under Chapter 11 of Title 11, U.S. Code was filed by or against the above−named debtor on 6/30/17.

The estate of the above−named debtor has been fully administered.

ORDERED, that the Chapter 11 case of the above named debtor is closed.

**End of Order**

**fnldec** − *lalexander*